JAMES BRADY, SR., Individually, and JAMES BRADY, SR., as Guardian ad Litem of JAMES BRADY, JR., an Infant over the Age of 14 Years, Appellants, v. STANLEY V. KUBINSKI and Others, as Trustees of Common School District No. 31, Town of Hempstead, Nassau County, New York, Also Known as Island Park School Board, and Others, Respondents.— Plaintiffs in an infant-parent action for personal injuries and for expenses and loss of services appeal from an order vacating their notice of examination of one of the defendants before trial. Order affirmed,

without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.